IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Abin Lowman, ) | C/A No.: 1:23-4139-BHH-SVH | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| Capt. Harold; Nurse Harold; and ) | ORDER | |
| A/W Duffie, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Abin Lowman ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint alleging Capt. Harold, Nurse Harold, and A/W Duffie violated his constitutional rights. [ECF No. 1]. By order dated October 30, 2023, service of process of the complaint was authorized. [ECF No. 15]. On January 17, 2024, the summons for Capt. Harold and Nurse Harold were returned unexecuted. [ECF No. 23]. In the "Remarks" section of the Form USM-285, the United States Marshals Service ("USMS") indicated the SCDC Office of General Counsel could not accept service for these defendants because Capt. Harold could not be found in a Human Resources search and that Nurse Harold had never worked at Perry Correctional Institution. *Id.*

Plaintiff was previously warned: "Plaintiff must provide, and is responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified

defendant. Unserved defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 15]. Plaintiff is directed to complete by February 12, 2024, a Form USM-285 that provides additional information to allow the USMS to serve Capt. Harold and Nurse Harold. If Plaintiff fails to do so, the undersigned will recommend this case be dismissed as to Capt. Harold and Nurse Harold.

    IT IS SO ORDERED.

January 22, 2024  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge